Certified Mail No.: 7000 530 0004 1981 4931

To: Bristol County Superior Court
445 County Street
New Bedford, MA 02740

*FILED*
*IN CLERK'S*
2005
*U.S. DIST...*
*DISTRICT OF MASS...*

DIRECT RESPONSE TO:
Steven Gomes Lobo (c)
Authorized Representative-in-
fact for: STEVEN GOMES LOBO (c)
non-assumpist/TDC:016682054
Federal Correctional Inst.
c/o: P.O. Box [420]
Fairton [08320]
New Jersey Republic
USMS No.: 23638-038

October 07, 2003 A.D.

Re: **Request for Proof of Claim**                    **P R I V A T E   N O T I C E**
Case/Account No.: BRCR 1995-36666

05 - 10281 NG

Attention:
    It has come to my attention that some undisclosed party is attempting to make
collection on an open escrow in the above referenced case/account. I have not authorized
any such collection.
    I have not attached a copy of my UCC-1 financing statement wherein is proof of my
ownership of Case/Account No.: BRCR 1995-36666, as well as other accounts pertinent
to you. All said accounts are Accepted for Value, **Pre-paid**, and Exempt from Third Party
Levy or Lien.
    In the event you wish to continue attempts at collection, I request that you provide
me with proof of a superior claim to said account(s), as well as the name and address
of the Real Party of Interest, and the IRS forms 1099 INT, and 1099 OID, for the Real
Party's involvement in said accounts, so that I have records to protect myself from
wrongful tax liability due to the activities of said Real Party(s).

    Further, I request that, should you fail to provide me with proof of superior claim,
that you close all open escrows pertaining to any of the cases/accounts in your files
bearing the name of STEVEN GOMES LOBO (c), and any and all derivatives and variations
in the spelling of said name except Steven Gomes Lobo (c), and that you deliver the orders
of the court (products of the accounts) to me immediately, and cease and desist from
all further use of the name of debtor, which is my copyrighted private property. I refrain
from serving you with a copy of my copyright notice at this time, only due to the fact
that said copyright would instantly bind you and prevent you from acting as requested
herein. If "I" have offended anyone, I pray for forgiveness.

    In the event I am not promptly provided with a response in ten (10) days to this
Request for Proof of Claim, or you alledge that (one) or (more) of the above requested
documents does not exist, then the attached Request for Proof of Claim evidences your
agreement by (Tacit Procuration) that the above requested documents do not exist and the
same shall establish Prima Facie evidence that the above referenced Case/Account was/is
a fraud and I will serve all interested parties with notice of my copyright and take my
payment for unauthorized use of my **"Private Property"** by means of a Federal Tort Claim.
This will not be reviewable; it will be res judicata. Silence shall be interpreted as
GUILT/DEFAULT hereof.

REQUEST FOR PROOF OF CLAIM
Page 1 of 2

**EXHIBIT-A**

Request for Proof of Claim
Case/Account No.: BRCR 1995-36666

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

**Private Matter**
**Non-negotiable**
**Non-transferable**

Certificate of Origin,
I am,

By: *Steven Gomes Lobo* (c) *Auth. Rep.*
Steven Gomes Lobo (c)
Authorized Representative
for: STEVEN GOMES LOBO (c)

BEFORE ME, the undersigned persons, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the forgoing instrument, did personally appear and acknowledge to me that they executed the same as their free will act and deed for purposes and considerations herein expressed, that the statements contained herein are true, correct, complete and certain, and not misleading, to the best of their information, knowledge, and belief.

### WITNESSES

*Michael Lawrence Hewitt* (c) *Auth. Rep.*
First Witness's Signature

October 9, 2003 A.D.
Date

*Kerry James Paulson* Auth. Rep.
Second Witness's Signature

October 9, 2003 A.D.
Date

*Dwayne Kansas King* Auth. Rep.
Third Witness's Signature

October 9, 2003 A.D.
Date

cc: file/SGL(c)

REQUEST FOR PROOF OF CLAIM
Page 2 of 2

Certified Mail No.: 7000  30 0004 1981 4931

To: Bristol County Superior Court
    445 County Street
    New Bedford, MA 02740

DIRECT RESPONSE TO:
Steven Gomes Lobo (c)
Authorized Representative-in-
fact for: STEVEN GOMES LOBO (c)
non-assumpist/TDC:016682054
Fedreral Correctional Inst.
c/o: P.O. Box [420]
Fairton [08320]
New Jersey Republic
USMS No.: 23638-038

October 07, 2003 A.D.

Re: **Request for Proof of Claim**
Case/Account No.: BRCR 1995-36666

**P R I V A T E   N O T I C E**

Attention:
    It has come to my attention that some undisclosed party is attempting to make collection on an open escrow in the above referenced case/account. I have not authorized any such collection.
    I have not attached a copy of my UCC-1 financing statement wherein is proof of my ownership of Case/Account No.: BRCR 1995-36666, as well as other accounts pertinent to you. All said accounts are Accepted for Value, **Pre-paid**, and Exempt from Third Party Levy or Lien.
    In the event you wish to continue attempts at collection, I request that you provide me with proof of a superior claim to said account(s), as well as the name and address of the Real Party of Interest, and the IRS forms 1099 INT, and 1099 OID, for the Real Party's involvement in said accounts, so that I have records to protect myself from wrongful tax liability due to the activities of said Real Party(s).

    Further, I request that, should you fail to provide me with proof of superior claim, that you close all open escrows pertaining to any of the cases/accounts in your files bearing the name of STEVEN GOMES LOBO (c), and any and all derivatives and variations in the spelling of said name except Steven Gomes Lobo (c), and that you deliver the orders of the court (products of the accounts) to me immediately, and cease and desist from all further use of the name of debtor, which is my copyrighted private property. I refrain from serving you with a copy of my copyright notice at this time, only due to the fact that said copyright would instantly bind you and prevent you from acting as requested herein. If "I" have offended anyone, I pray for forgiveness.

    In the event I am not promptly provided with a response in ten (10) days to this Request for Proof of Claim, or you alledge that (one) or (more) of the above requested documents does not exist, then the attached Request for Proof of Claim evidences your agreement by (Tacit Procuration) that the above requested documents do not exist and the same shall establish Prima Facie evidence that the above referenced Case/Account was/is a fraud and I will serve all interested parties with notice of my copyright and take my payment for unauthorized use of my **"Private Property"** by means of a Federal Tort Claim. This will not be reviewable; it will be res judicata. Silence shall be interpreted as GUILT/DEFAULT hereof.

REQUEST FOR PROOF OF CLAIM
Page 1 of 2

**EXHIBIT-A**

Request for Proof of Claim
Case/Account No.: BRCR 1995-36666

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT

NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

**Private Matter**
**Non-negotiable**
**Non-transferable**

Certificate of Origin,
I am,

By: *Steven Gomes Lobo (c) Auth. Rep.*
Steven Gomes Lobo (c)
Authorized Representative
for: STEVEN GOMES LOBO (c)

BEFORE ME, the undersigned persons, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the forgoing instrument, did personally appear and acknowledge to me that they executed the same as their free will act and deed for purposes and considerations herein expressed, that the statements contained herein are true, correct, complete and certain, and not misleading, to the best of their information, knowledge, and belief.

**WITNESSES**

*Michael Laurence Hamilton Auth. Rep.*
First Witness's Signature

*October 9, 2003 A.D.*
Date

*Kevin James Paulson, Auth. Rep.*
Second Witness's Signature

*October 9, 2003 A.D.*
Date

*Dennis Aaron King Auth. Rep.*
Third Witness's Signature

*October 9, 2003 A.D.*
Date

cc: file/SGL(c)

REQUEST FOR PROOF OF CLAIM
Page 2 of 2

Certified Mail No.: _7000_ _?0 00?? ?133 0955_

To: Marc J. Santos
    d/b/a Clerk of Court
    Bristol County Superior Court
    445 County Street
    New Bedford, MA 02740

Date: October 31, 2003 A.D.

From: Steven Gomes Lobo (c)
    c/o FCI Fairton
    P.O. Box 420
    Fairton, New Jersey Republic
    USMS No.: 23638-038

*DISHONORED*
*DISHONOR EXCEPTED BY:*
*ON DATE: DECEMBER 30, 2003 A.D.*

## NOTICE OF DISHONOR WITH NOTICE TO CURE

Re: Request for Proof of Claim
Case/Account No.: BRCR 1995-36666

Dear Marc J. Santos:

I, Steven Gomes Lobo, except your Commercial Dishonor Certified Item No.: 7000 1530 0004 1981 4931; dated on the Seventh Day of the Tenth Month in the Year of Our Lord Two-Thousand and Three.

1) You have failed to provide me with any such Proof of Claim, nor have you provided me with any IRS forms 1099 INT, or the 1099 OID, for the Real Party of Interest, or said involvement in the Case/Account No.: BRCR 1995-36666.

2) I, Steven Gomes Lobo (c), do hereby in good faith give you **NOTICE TO CURE IN 10 DAYS OR BE IN DEFAULT.** Close the above Case/Account, and cease and desist from all further use of my Common Law Copyrighted Private Property.

3) If in fact that you alledge that one or more of the above documents does not exist, then Notice of Dishonor with Notice to Cure, and the attached Dishonored Notice of Proof of Claim evidences your agreement by (Tacit Procuration) that the above requested do not exist and the same shall establish Prima Facie evidence that the above referenced Case/Account was/is a fraud, and I will serve all interested parties with notice of my copyright and take payment for unauthorized use of my **"Private Property"** by means of a Federal Tort Claim. This will not be reviewable; it will be res judicata. Silence shall be interpreted as Guilt/Default hereof.

Private Matter
Non-negotiable
Non-transferable

Certificate of Origin,
I am,

By: _Steven Gomes Lobo (c)_
    Steven Gomes Lobo (c)
    Authorized-Representative-in-
    Fact. For: STEVEN GOMES LOBO (c).

## EXHIBIT-B

Page 1 of 2

Page 2 of 2
NOTICE OF DISHONOR WITH NOTICE TO CURE


Further Affiiant Saith Naught;


__Idalina Barbose__          __11-28-2003__
Witness Signature                    Date


__(signature)__          __11-28-2003__
Witness Signature                    Date



    Before me a Notary Public appeared Idalina Barbosa, c/o Steven Gomes Lobo (c), with
witnesses who making themselves known to me did affirm and subscribe hereto on this
____28th____ day of November 2003 A.D.


                              __(signature)__
                              Notary Public


My Commission Expires,____12-16-2005____.

Certified Mail No.: 7000 052( 024 2133 8890


To: Marc J. Santos
    d/b/a Clerk of Court
    Bristol County Superior Court
    445 County Street
    New Bedford, MA 02740                    Date: December 29, 2003 AD


From: Steven Gomes Lobo
      c/o Reg. No.:23638-038
      FCI FAIRTON
      P.O. Box 420
      Fairton, NJ 08320


Re: Warrant/Detainer Case/Account# BRCR 1995-36666

Greetings:

     I am a natural, living man; authorized representative and attorney-in-fact for the
legal fiction/constructive trust: STEVEN GOMES LOBO BRCR1995-36666. Attached hereto
please find a copy of "US DEPARTMENT OF JUSTICE DETAINER ACTION LETTER," dated
 July 17, 2003 A.D. , which alleges a **"Warrant"**, of the legal fiction: STEVEN GOMES
LOBO BRCR1995-36666.
It appears that your department has failed to timely respond to the attached document
(request for Notice of Interest), and that you have therefore abandoned your claims.
I am hereby requesting Notice of your Intent re this above-referenced matter.

### CAVEAT

Whereas Title 27 of the Code of Federal Regulations § 72.11 sets forth, substantially,
that ALL CRIMES ARE COMMERCIAL, and;

Whereas the United States Supreme Court ruled, in Erie Rail Co. v. Tompkins, (1938)
304 US 64, 82 L.Ed. 1188, 58 S.Ct. 817, that all decisions of the United States courts
would thereafter be based upon "Negotiable Instruments Law," a.k.a.- "Statutory" Law
or more accurately, Commercial/Maritime Law in Admiralty Jurisdiction, i.e.- THE LAW
MERCHANT, and;

Whereas the above-referenced action commenced as a CRIMINAL and therefore COMMERCIAL
claim;

I therefore request to be informed of the Nature and Cause of any claims against Me,
the natural man Steven Gomes Lobo; or against the Idem Sonans, legal fiction/constructive
trust: STEVEN GOMES LOBO BRCR1995-36666.

Nothing in the attached document reveals the Nature and Cause of any associated claim
and as set forth inthe above-referenced Erie Rail Co. case (with which you are required
to comply), any claims you have must be brought under the prevailing law form Commercial/
Maritime Law. It appears that you have maintained the alleged "Warrant", against against
STEVEN GOMES LOBO BRCR1995-36666 as a LIBELOUS and FRAUDULENT open escrow, in preparation
to make a MARITIME ATTACHMENT upon STEVEN GOMES LOBO BRCR1995-36666 and thereby to obtain
an UNCONSTITUTIONAL QUASI IN REM JURISDICTION over My "PERSON".

Page 1 of 2

**EXHIBIT-C**

As it appears you are attempting to make a Maritime Attachment upon: STEVEN GOMES LOBO BRCR1995-36666, please provide Me with full disclosure of the following:

1) A certified copy of the Maritime Contract (see Erie Rail Co. v. Tompkins, supra) under which you are alleging a breach, or;

2) Notice of Maritime Tort Claim, with Affidavit of the Claimant setting forth the MARITIME ACTIVITY in which STEVEN GOMES LOBO BRCR1995-36666 was engaged at the time of said Maritime Tort was committed, and also setting forth the nature of the injury and the assessment of damages sought by the claimant, and;

3) The REQUIRED BOND, posted by the party or parties opposed to STEVEN GOMES LOBO BRCR1995-36666, for security against loss or damages to STEVEN GOMES LOBO BRCR1995-36666, as a result of any false or wrongful claims brought by any such opposing party or parties such BOND being a requisite for IN REM jurisdiction of any Admiralty Court over STEVEN GOMES LOBO BRCR1995-36666, and without which BOND there is NO JURISDICTION IN ADMIRALTY.

In the event that I am in error, and this matter is in fact brought under Common Law, please provide Me with a certified copy of the Affidavit of Cause sworn out under Oath by the Injured Party, and setting forth the Nature and Cause of any such injury, as well as the means by which STEVEN GOMES LOBO BRCR1995-36666, inflicted such injuries against the life, liberty, or property of any such injured party.
In the event that this matter is in fact brought to Equity, please provide Me with a cert ified  copy of the contract bearing My signature, or signed by Me as agent for STEVEN GOMES LOBO BRCR1995-36666, and wherein I was given full and frank disclosure of all rele vant legal consequences of entry into such agreement and did so knowingly, willingly, and voluntarily; said contract must fully set forth the nature and cause of liability for any alleged breach of said contract by Me or STEVEN GOMES LOBO BRCR1995-36666, and how these actions justify piercing of the corporate veil to make Me liable for the actions of the legal fiction: STEVEN GOMES LOBO BRCR1995-36666.
This request for disclosure of the NATURE AND CAUSE OF ANY CLAIMS AGAINST ME or the Legal Fiction: STEVEN GOMES LOBO BRCR1995-36666, In the event you cannot comply with this request then I request that you IMMEDIATELY close the libelous and fraudulent escrow which you are maintaining against STEVEN GOMES LOBO BRCR1995-36666, and also notify the Federal Bureau of Prisons and all other necessary parties of such closure.
Please provide Me with the above-requested disclosure and Notice of your intentions within Ten (10) days. Please also take notice that the Fraudulent maintenance of such open escrow, in order to make Maritime Attachment and obtain unconstitutional Quasi In Rem Jurisdiction, due to your use of the mails and wires in interstate commerce in furtherance of such scheme, is an Indictable Offense cognizable under Title 18 U.S.C.§1962 et seq, popularly referred to as: THE RICO ACT.

I AM,


Steven Gomes Lobo, Authorized repr̄ese
ntative in fact for: STEVEN GOMES
LOBO.

Steven Gomes Lobo (c)
Reg. No.:23638-038
FCI Fairton, PO Box 420
Fairton, NJ 08320.

BRISTOL COUNTY SUPERIOR COURT

| | | |
|---|---|---|
| Commonwealth of Massachusetts | ) | |
| | ) | |
| v. | ) | Bond |
| | ) | Case No. BRCR 1995-36666 |
| Steven Gomes Lobo (c) | ) | |

There appearing no bond of record to initiate the matter regarding Case No. BRCR 1995-36666 and associated account(s), I, Steven Gomes Lobo (c), undertake as follows: In consideration thereof that no lawful money of account exists in circulation, and in consideration thereof that I have suffered dishonor regarding the matter of Case No.: BRCR 1995-36666, and associated account(s), I underwrite with my private exemption any and all obligations of performance/loss/costs sustained by the Commonwealth/Bristol County Superior Court of Massachusetts, and the respectful citizens thereof regarding said matter.

Done at Cumberland County, New Jersey, this 31 day of October, 2003 A.D.

Steven Gomes Lobo (c)
All Rights Reserved

Notary Public

State of  MASSACHUSETTS          §
                                  §
County  Plymouth                  §          ss.:

I, the undersigned, being a duly commissioned Notary Public of the State, do hereby certify that the foregoing instrument was acknowledged before me this ___3rd___ day of _December_, 2003 A.D., and that the signer of said instrument was known to me, or proved to me on this satisfactory evidence, to be the one named therein, or that One's authorized representative.

Signature of Notary Public

[Seal]

My commission expires: _12-16-2005_ .

**EXHIBIT-D**

RECEIVED
Date: _2/23/04_
BRISTOL SUPERIOR COURT
asst Clerk

Certified Mail No.:70040750000177677644

To: Marcel W. Gautreau
    D/B/A Clerk Magistrate
    Bristol County Superior Court
    445 County Street
    New Bedford, MA 02740                    Date: May 24, 2004 A.D.

From: Steven Gomes Lobo
      Reg. No.: 23638-038
      FCI FAIRTON, P.O. Box 420
      Fairton, NJ 08320

## NOTICE

I, Steven Gomes Lobo, have enclosed Twenty-Two (22), documents in support of the DISHONOR, that I have suffered regarding Case/Account # BRCR 1995-36666.

I, Steven Gomes Lobo, have submitted these documents in good faith to vacate the DETAINER, this Court has on, and over My person, that was brought against Me without proof of claim, in the above captioned Case/Account.

I, therefore request that you close this Case/Account: BRCR 1995-36666, and release the DETAINER, Release the Order(s) of the Court to Me Immediately.

In addition, I hereby request that you, Marcel W. Gautreau, Discharge to Bond that was excepted and Received/Filed by you sir, on February 23, 2004 A.D., therefore this was in fact proof that you accepted payment and exchange in lieu of the Bond.

I, give you Ten (10) days from the date I receive the return certified mail card, in which I will be expecting that you a) Release the Order(s) of the Court to Me, and Remove the DETAINER from Me, and contact the Federal Bureau of Prisons that there is no longer any such DETAINER; or b) Discharge the Bond, and send it back to Me Immediately.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**AND NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

Certificate of Origin,

I AM,

cc: file

By: _____
    Steven Gomes Lobo
    Authorized Representative
    For: STEVEN GOMES LOB

Witness: Michael Lawrence Gisewhite

Witness: Keene James Barbosa                    **EXHIBIT-E**

# Commonwealth of Massachusetts
## County of Bristol
## The Superior Court

CRIMINAL DOCKET#: **BRCR1995-36666**

RE:    Commonwealth v Lobo, 23638-038, Steven

TO:    Steven Lobo, 23638-038
       FCI Fairton
       P.O. Box 420
       Fairton, NJ 08320

_____

## NOTICE OF DOCKET ENTRY

You are hereby notified that on 06/04/2004 the following entry was made on the above referenced docket:

**Deft files notice - no action taken as this court doesn't have the slightest notion of what is being requested. (Richard F. Connon, Justice) Copy sent to defendant June 8, 2004**

Dated at Taunton, Massachusetts this 8th day of June, 2004.

                                        Marc J. Santos,
                                        Clerk of the Court


                                        Assistant Clerk


Telephone: (508) 996-2051


*Check website as to status of case: **http://ma-trialcourts.org/tcic***

### EXHIBIT-F

Certified Mail #  7004 0750 0001 7768 0237


To: Marcel W. Gautreau
    Clerk Magistrate
    Commonwealth of Massachusetts
    County of Bristol Superior Court
    445 County Street
    New Bedford, MA 02740.

From: Steven Gomes Lobo
      Reg. No.: 23638-038
      FCI FAIRTON, P.O. Box 420
      Fairton, NJ 08320

**RE: CRIMINAL DOCKET# BRCR 1995-36666**

Dear Marcel W. Gautreau:

    Enclosed you will find a letter, (NOTICE OF DOCKET ENTRY), from Marc J. Santos,
dated the 8th day of June, 2004.

    Mr. Santos, states that this court does not have the slightest notion of what is
being requested.

    I, Steven Gomes Lobo, have sent a document to Marc Santos, and the said Court to the
effect that I, requested that this court perform any of the six options that I have
given them in regards to the detainer that this court has lodged against me in the above
case/account captioned matter.

    I, have given Marc Santos, 10 days in which to cure, and give me the relief that I
have requested of this court, however, as of this current date and time Marc Santos,
has chose to ignore this presentment, (See attached presentment, certified # 7004 0750
0001 7767 9118).

    Wherefore, I request that you release this detainer from over my person, and notify
all the the B.O.P. officials of such release of said detainer, I give you 10 days in which
to cure, or be in dishonor, and suject to default.


Respectfully,

_Steven Gomes Lobo, auth. Rep._
Steven Gomes Lobo


**EXHIBIT-G**


cc:SLG/file

Certified Mail No: 7004 0750 0001 7787 9118

To: Marc J. Santos
    Clerk of Court
    Commonwealth of Massachusetts                Date: June 18, 2004 A.D.
    County of Bristol
    The Superior Court
    P.O. Box 547
    Taunton, Massachusetts, 02780-3244


From: Steven Gomes Lobo
      Reg. No.: 23638-038
      FCI FAIRTON, P.O. Box 420
      Fairton, NJ 08320


RE: CRIMINAL DOCKET#: **BRCR 1995-36666**


Dear Marc J. Santos:

    I, Steven Gomes Lobo, received a copy of your June 8, 2004 NOTICE OF DOCKET ENTRY,
in which you allege that you don't have the slightest notion of what is being requested.

    Here is what I am requesting of this Honorable Court;

1) Release the Detainer and case/account #BRCR-1995-36666, from my person, and;

2) Notify the Bureau of Prisons, that you in fact did release the Detainer from my person,
   and;

3) Discharge/Return the "BOND", that was filed by Me, for payment and settlement in the
   Case/Account #BRCR-199536666 to Me immediately;

4) Cease and desist, any further action in the above referenced matter;

5) Upon Discharge, and or vacation of the Detainer in the above case/account, regarding
   the above captioned matter, send Me complete copies of this closure, and or vacation of
   this above case/account No.: BRCR-1995-36666;

6) Thank you for this attention to this matter, and if I have offended anyone "I" pray for
   forgiveness;

    I give you Ten (10) days in which to respond to this draft, and to release the Order
of the Court to Me immediately.


                                              Thank You,

                                              Steven Gomes Lobo
                                              Steven Gomes Lobo, Authorized
cc: SGL/file                                  Representative For:
                                              STEVEN GOMES LOBO.


                          **EXHIBIT-H**

## Commonwealth of Massachusetts
### County of Bristol
### The Superior Court

CRIMINAL DOCKET# **BRCR1995-36666**

RE:   **Commonwealth v Lobo, 23638-038, Steven**

TO:Steven Lobo, 23638-038
   FCI Fairton
   P.O. Box 420
   Fairton, NJ 08320

_____

## <u>CLERK'S NOTICE</u>

This is to notify you that in the above referenced case the Court's action on 09/07/2004 is as follows:

Deft files letter by certified mail #7004 0750 0001 7768 0237

**(P#29) Treated as a petition for writ of habeas corpus and denied (Richard F. Connon, Justice). Copies mailed September 10, 2004**

Dated at Taunton, Massachusetts this 10th day of September, 2004.

Marc J. Santos,
Clerk of the Courts

Location: Criminal 1 - CtRm - Upper

**EXHIBIT-I**

To: Commonwealth of Massachusetts
    County of Bristol
    The Superior Court

                                        Date: 9/23/04

From: Steven Gomes Lobo
      Reg. # 23638-038
      FCI FAIRTON, P.O. Box 420
      Fairton, New Jersey
      08320.

RE: Criminal Docket# BRCR1995-36666.

### NOTICE

I, Steven Gomes Lobo, do hereby give this Court NOTICE, that the response dated September 10, 2004. Marc J. Santos, d/b/a/ Clerk of Court, stated that Judge Richard F. Connon, had treated my draft Certified Mail No.: 7004 0750 0001 7768 0237, as a Petition for Writ of Habeas Corpus.

At no time did I intend to file any such Petition, I only sent a Draft stating that the Court discharge, and return the Bond I had file in this Court, and Release the Detainer from my person immediately!

I further state that this letter is intended to clear up any uncertainties, that this said Court may have, please do not misconstrue any further documents.

I, Steven Gomes Lobo, make this final request that this Court discharge the Bond that was excepted and filed by you, for payment and settlement in the above case/account: BRCR1995-36666, and release the Detainer and grant the Order of the Court to Me Immediately.

                                        Thank You,

                                        Steven Gomes Lobo
                                        Steven Gomes Lobo

cc:file/SGL-CV

**EXHIBIT-J**

To: Finance Department
   Bristol County Superior Court
   445 County Street
   New Bedford, MA 02740

DIRECT RESPONSE TO:

Steven Gomes Lobo
c/o Reg. #23638-038
FCI FAIRTON, P.O. Box 420
Fairton, New Jersey state
[08320:tdc]

Date: May 13,          , 2004 A.D.


RE: **Case/Account No's.:** BRCR 1995-36666
    **Accepted for Value in Exchange.**                              ,

### ACTUAL AND CONSTRUCTIVE NOTICE

In the matter of: Administrative and Judicial Notice of Interest;
               Accepted for Value and Exemption from Levy and Lien.

To: Finance Department:

     I, Steven Gomes Lobo             ,: **Accept For Value** the said case/account(s)
and all endorsements front to back, in the sum of certain amount of combined value of My
BOND that is filed with the Clerk, and that I under-write this account, and authorize
any amount up to the sum certain amount of combined value totaling One Million United
States Dollars ($1,000,000.00), or double the appraised Value to indemnify/satisfy all
parties to this case/account, whichever is greater, in full accord with Uniform Commercial
Code (UCC) 3-419 and House Joint Resolution (HJR) 192 of June 5, 1933.

     Please Charge Treasury (UCC Contract) Trust Account, Employer Identification
# 016682054          , of the undersigned for the appropriate registration fees and
**command the memory** of account # 016682054          to charge the same to the Debtor's
Order ( STEVEN GOMES LOBO          , STATE OF MASSACHUSETTS          I.D. #
 PCF 2231532          ), or to the Respondent's Order.

     When completion of the adjustment to the account occurs, Please notify the Under-
signed at the geographical location, top right-hand corner, and release the "BOND",
"Order(s)" on the Appearance Case/Account(s) to Me Immediately Within the Seventy-Two
(72) Hour Period, Regulation Z, Truth-In-Lending Act, 12 CFR §§ 226.1 et seq.

     In the alternative, since the maker of the Original Notes has either refused or
neglected (dishonored) the obligation to pay. I am formally requesting copies of the
fiduciary Tax return covering this matter to be provided to the Undersigned for the
examination and discovery so I can file an 8300 IRS form for Suspicious Transaction,
to find out who is delinquent or making claims, since the Undersigned's account is Pre-
Paid and has Exempt priority status.

     Therefore, please provide the information and release the Order(s) and Property to
Me immediately.

     If you have any objections or competent reasons as to why you cannot comply with
this Administrative Notice, you must put them in writing, on your Official Letterhead,
stating all supporting evidence, signed in Blue Ink, within the time herein stated to;
Steven Gomes Lobo, c/o FCI FAIRTON PO Box 420, Fairton, New Jersey state
Republic, [08320:tdc]                                              and;

**EXHIBIT-K/1**            Page 1 of 2

the Notary, at the below address that she/he signed and sealed.

Failure by the Undersigned to receive Notice from Respondent to the contrary within Twenty (20) days of the Respondent's receipt of this ACTUAL AND CONSRUCTIVE NOTICE shall constitute confirmation from Respondent that the Undersigned's Treasury (UCC Contract) Trust Account has been adjusted as herein-stated.

In the event Respondent requires further information or assistance from Undersigned, please write to the said mailing location provided herein and herewith.

Certificate of Origin,

I AM,

Certified Mail No.:
    7004 0750 0001 7767 8685                           .

By: _Steven Gomes Lobo_
Steven Gomes Lobo
Authorized-Representative-In-Fact-
For: STEVEN GOMES LOBO

**JURAT**

State of _Massachusetts_          )
                                  ) ss.:
County/City of _New Bedford_      )

I, the Undersigned, being a duly commissioned Notary Public of the State of: _Massachusetts_, do hereby certify that the foregoing instrument/Actual And Constructive Notice was acknowledged before me this _____ day of the _____ month in the year 2004 A.D., and the signer of said instrument was known to me, or proved to me on the bases of satisfactory evidence, to be the One named therein, or that One's Authorized Representative.

Signature of Notary _____ ,

My Commission Expires: _12 - 16 - 2005_ .

Victor S. Rosario
NOTARY PUBLIC
My commission ex... [Stamp]                    [Seal]

ACTUAL AND CONSTRUCTIVE NOTICE
Page 2 of 2

Certifed Mail ¦ : 7004 0750 0001 7767 2447

To: Clerk of Court

For: Hon. Judge Murphy, or the CURRENT;

Bristol County Superior Court

445 County Street

New Bedford, MA 02740

DIRECT RESPONSE TO:

Steven Gomes Lobo

c/o Reg. No.:#23638-038

FCI FAIRTON, P.O. Box 420

Fairton, New Jersey state, [08320:tdc]

Date: May 13         , 2004 A.D.

RE: Case/Account No's: BRCR 1995-36666

Greetings:

I,    Steven Gomes Lobo         , a natural man, sui juris, in my capacity as
Attorney-In-Fact for the legal fiction    STEVEN GOMES LOBO         , Organizationl
I.D.# 016682054/PCF2231532         , do hereby give **ADMINISRATIVE AND JUDICIAL NOTICE
OF INTEREST,** actually and constructively, of the following:

Whereas I, have not attached a copy of My UCC-1 Financing Statement wherein is proof
of My Ownership of case/accounts:  BRCR 1995-36666         ,
as well as other accounts pertinent to you. All said accounts are Accepted for Value,
Pre-Paid, and Exempt from Third Party Levy of Lien.

Whereas the United States Supreme Court decreed, in the case of Erie R. Co. v. Tompkins,
(1938) 304 U.S. 64, 82 L.Ed. 1188, 58 S.Ct. 817, that all decisions of the United States
Courts would thereafter be based upon "Negotiable Instruments Law," i.e. -Commercial Law,
and;
Whereas the Code of Federal regulations, at 27 C.F.R. 72.11, states that All Crimes
Are Commercial in nature, and it follows therefore that all relief and remedy available
in such criminal actions must also be commercial in nature, and;

Whereas the United States Congress passed House Joint Resolution 192 on June 5, 1933,
which provided for the implementation of Public Policy by requiring the United States
Government, including the STATES incorporated thereunder (the governors of which having
pledged their full faith and credit to secure the debts of the United States at the Confer-
ence of Governors, March 5, 1933), to discharge the Public Debt dollar for dollar, due to
the bankruptcy of the U.S. Government (UNITED STATES INC. codified at 28 U.S.C. 3002(15)(a)),
and;
Whereas    STEVEN GOMES LOBO         , Organizational ID# 016682054/PCF2231532    ,
is  a legal fiction/public entity, created by the UNITED STATES, and the "Buck Act" STATE
OF  MASSACHUSETTS         , as a vehicle by which to engage in commerce with a natural
man under Public Policy, and;

Whereas case/accounts:  BRCR 1995-36666         ,
commenced as a criminal, and therefore commercial, action, and;

Whereas the attached instrument, entitled "JUDGEMENT," is therefore a commercial debt
instrument, also known as a Negotiable Instrument as defined in the Uniform Commercial
Code §§ 3-104(a) and (e), and 3-106, which define such an instrument as "a Draft;"

Therefore, I do hereby Accept the attached Commercial Debt Instrument/Draft, entitled "JUDGEMENT," for the full commercial Value of said Draft, i.e.- Banker's Acceptance, and attach My Bond, and that I under-write this account, I authorize any amount up to $1,000,000.00 or double the appraised Value, sufficient to cover, or to indemnify/ satisfy all parties to this case/account, and to cover all costs of Court, whichever is greater (see attached Bond that has been filed by the Clerk of Court), and having Accepted said Draft and become the Holder thereof, I do hereby Return said Draft to the Drawer/Payee for the full Value of said Draft in exchange, for settlement of the account in accordance with House Joint Resolution 192, making this exchange dollar for dollar matching funds. As there exists NO LAWFUL MONEY OF ACCOUNT by which debts may be settled at Law, this matter is therefore settled under Public Policy, HJR-192. Notice of Discharge is hereby given in accordance with UCC § 3-601.

Please provide Me with the Findings of Fact and Conclusions of Law in support of the attached "JUDGEMENT," for the payment of funds to the Real Party of Interest in the matter, said Voucher to contain the name and address of the Real Party of Interest, and the IRS forms 1099 INT, and 1099 OID, for the Real Party's involvement in said account(s), in order that I may verify that said party has in-fact been satisfied.

In the event this settlement offer is refused, I will Accept such refusal as an attempt to require payment in a certain kind of coin or currency, which is prohibited by House Joint Resolution 192, said prohibition being codified in part at UCC § 3-603(b). The attached Draft, Entitled "JUDGEMENT," conforms to the definition of a Negotiable Instrument, and therefore constitutes a Public Issue of Currency by the Court, in the face value of the instrument. Under UCC § 3-603(b), refusal of tender of payment results in discharge of the obligation In-Fact. Please close all open escrows pertaining to any of the case/accounts in your files bearing the name of the Debtor: STEVEN GOMES LOBO                        , and any and all derivatives and variations in the spelling of said name except:          Steven Gomes Lobo                  , Secured Party, and that you deliver the Orders of the Court (Products of the Accounts) to Me Immediately, and cease and desist from all further use of the name of debtor, which is My Trade-Name, Copyrighted-Private-Property.

In the event I am not promptly provided with a response within Ten (10) Days to this ADMINISTRATIVE AND JUDICIAL NOTICE OF INTEREST, or you allege that (one) or (more) of the above statements are not true. Please provide a response on a point by point bases to the above stated facts or do not respond, your non-response will evidence of your agreement, by Tacit Procuration, that the above stated facts are in fact true, correct, and certain, and same shall establish Prima Facie Evidence that the above referenced case/ accounts was/is a LIBELOUS and FRAUDULENT open escrow, to make a MARITIME ATTACHMENT upon :   STEVEN GOMES LOBO                   , and thereby obtained an UNCONSTITUTIONAL QUASI IN REM JURISDICTION over My "Person." This will not be reviewable; it will be stare decisis, silence shall be interpreted as Agreement herewith. Please respond by using your Christian name for signature, to be executed true, correct, and complete and notarized, in red ink, and mail to : Steven Gomes Lobo                  , at the address at the direct response to, return mail address; and the Notary whose name is included in this document under his/her signature and Official Seal. If "I" have offended anyone, "I" pray for forgiveness.

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**AND NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

ADMINISTRATIVE JUDICIAL NOTICE OF INTEREST
PAGE TWO

ADMINISTRATIVE JUDICIAL NOTICE OF INTEREST
PAGE THREE

                                Certificate of Origin,

                                I am,

                        By: _Steven Gomes Lobo_
                            Steven Gomes Lobo
                            Authorized-Representative-In-Fact For:
                            STEVEN GOMES LOBO                    .

Included: I've enclosed a copy of the Bond in which was filed and stamped/received by
Clerk of Court; also included is the : US DEPARTMENT OF JUSTICE DETAINER ACTION LETTER,
                                    and all other attachments concerning, i.e the
                                    Case/Account; DISHONOR'S, and Docket Entries.

BEFORE ME A NOTARY, appeared _Steven Gomes Lobo_____, c/o  his Power
_of Attorney_____, and with witnesses making themselves known to me did
affirm and subscribe hereto on this _____16th____ day of ___June_____,
2004 A.D.

_Barbosa_____                        __6/16/04__
First Witness Signature                     Date

_Donia Barbosa_____                  __6/16/04__
Second Witness Signature                    Date


My Commission Expires:___12-16-2005___.

_Norris_____                         [Seal]
Notary Public, in and for the STATE OF
_Massachusetts_____, COUNTY/CITY
OF _New Bedford_____

                    VICTOR S. ROSARIO
                    NOTARY PUBLIC
                    My commission expires Dec. 16, 2005

ADMINISTRATIVE JUDICIAL NOTICE OF INTEREST
PAGE FOUR

## AFFIDAVIT OF MAILING

A total of _____, pages mailed herewith, including all attachments (not including this Affidavit of Mailing) by the United States Post Office Certified Mail No.: 7004 0750 0001 7767 2430 _____, in a sealed envelope with postage pre-paid, properly addressed to: cc: file;

> William J. Flynn III
> Bristol County District Attorney's Office,
> 888 Purchase Street
> New Bedford, MA 02740

## JURAT

State of Massachusetts )
                                       ) ss.:
County/City of New Bedford )

I, the undersigned, being a duly commissioned Notary Public of the State of: Massachusetts _____, do hereby certify that the foregoing instrument/Administrative Judicial Notice of Interest was acknowledged before me this 16th day of June _____, 2004 A.D., and the signer of said instrument was known to me, or proved to me on the bases of satisfactory evidence, to be the One named therein, or that One's Authorized Representative.

Signature of Notary: _____,

My Commission Expires: 12-16-2005

Victor S. Rosario
NOTARY PUBLIC
My commission expires Dec 16, 2005
[STAMP]

[Seal]

Certified Mail No. <u>70040750000177683986</u>

From: <u>Steven Gomes Lobo</u>
            Authorized Representative

For:  <u>STEVEN GOMES LOBO</u>
        <u>c/o 23638-038</u>
        <u>FCI FAIRTON, P.O. Box 420</u>
        <u>Fairton, New Jersey, state</u>
        <u>[08320:tdc]</u>
        USA INC.

To: <u>Clerk of Court</u>
     <u>Bristol County Superior Court</u>
     <u>445 County Street</u>
     <u>New Bedford, MA 02740.</u>
     _____
     _____
     USA INC. _____

Re: False and fraudulent claims

### AFFIDAVIT - NOTICE OF DEFAULT

In the Original De Jure          §
Republic of <u>Massachusetts</u>    §
                                 §   ss.:     ASSEVERATION
<u>New Bedford</u>        County       §


**Sciant praesentes et futuri...**
    That I, the undersigned, "Affiant" herein, do hereby swear
under penalty of perjury under the laws of this de jure republic,
that I am none other than the natural-born living American man
called by the name spelled ____Steven Gomes Lobo____ and by
no other spelling, that I am not of less than lawful age to contract
or testify, that I am not incompetent, that I am under no lawfully
imposed disability of My unalienable rights under natural law and
the law of nations, and that the facts and law set forth herein
are not untrue, not incorrect, nor incomplete, not uncertain, and
not made for purposes of fraud or obstruction, to the best of My
knowledge and sincerely held belief.

So sworn, Affiant does hereby asseverate and declare as follows:

1). On the <u>13</u> day of <u>May</u>, 20<u>04</u>, Affiant
did execute "AFFIDAVIT OF ACTUAL AND CONSTRUCTIVE NOTICE AND
ADMINISTRATIVE DEMAND FOR NATURE AND CAUSE OF CLAIM," which was
duly sworn and notarized in the same manner as this NOTICE.


Page 1 of 3

### EXHIBIT-L

2). On the <u>13</u> day of <u>May</u>, 20<u>04</u>, Affiant did
serve the document described in the above paragraph 1 by certified
mail No. <u>7004 0750 0001 7767 2447</u>, return receipt requested,
upon the Respondent at the following address, to wit:

> Clerk of Court and Finance Department
> Bristol County Superior Court
> 445 County street
> New Bedford, MA 02740.
> cc:file To: William J. Flynn III
> District Attorney's Office, Bristol Co.
> USA INC. 888 Purchase St.,New Bedford,MA02740.

3). Affiant has included copies of the document served upon the
Respondent (see Exhibit A, attached), as well as a copy of the
certified mail return receipt (see Exhibit B, attached) for proof
of service and service date.

4). The original document referred to in paragraph 1 set forth
a ten (10) day period within which the Respondent was required to
answer, by sworn affidavit with supporting documentation, or be
in default (see Exhibit A).

5). As of the day of the execution of this NOTICE, Affiant has
received NO MEANINGFUL RESPONSE from the Respondent, as required
by the original document described in paragraph 1 and depicted in
Exhibit A.

6). In accordance with the terms of said original document, the
Respondent is now in default, and by Respondent's default, Respondent
has tacitly agreed and is estopped from denying that all of Affiant's
statements made therein are true, correct, complete and certain,
and that Respondent is further estopped from asserting any alleged
"statutory" authority over Affiant based upon Respondent's former
presumed "jurisdiction," which Respondent has now admitted by silence
to have been fraudulent.

7). Further, Respondent is specifically estopped, by silence, from
disputing Affiant's right to default judgment, in favor of Affiant,
ordering dismissal of Respondent's claims against Affiant for want
of jurisdiction in case/cause/docket no. <u>BRCR 1995-36666</u>,
in accordance with Federal Rules of Civil Procedure - Rule 55(a) or
equivalent state rule.

Respondent has seventy-two hours from the time of receipt
of this NOTICE in which to cure Respondent's fault and thereby
withdraw from this agreement or be bound by default as noticed
herein. Respondent's fault may only be cured by compliance with
the terms of the original document described in paragraph 1 and
depicted in Exhibit A.

In the event Respondent fails to cure Respondent's fault within the specified seventy-two (72) hour period, this NOTICE constitutes Affiant's NOTICE of Respondent's default, and no further notice shall be necessary.


Et Finis.

Executed on the ___10___ day of ___November___, 20_04_, by:


                                      _Steven James Tobe, Cwlfep_
                                      Native living Sovereign state
                                      Citizen and National, domiciled
                                      in the Original de jure Republic
                                      of ___Massachusetts state.___


In the Original De Jure            §
Republic of _Massachusetts_        §      ss.:   VERIFICATION
                                   §
  _New Bedford_           County   §


     I, the undersigned Notary Public, in and for said state Republic, do hereby certify that on this date, the foregoing instrument was executed with an oath in My presence by the living American man attesting thereto and proved on the basis of satisfactory evidence to be the same, or by the authorized agent of said living American man, who presented proof of authority to acknowledge the signature of said living American man and swore that said living American man executed the instrument with an oath in the presence of said agent.

Executed on this _3rd_ day of _December_, 20_04_ A.D.

_(signature)_
Signature of Notary                        [Seal]

_12-16-2005_
My commission expires


                         Page 3 of 3

TO: Clerk of Court
    Bristol County Superior Court
    445 County Street
    New Bedford, MA 02740
FOR: HON. Judge Murphy, or the CURRENT:;/
    The Courts Financial Department:;/
    Clerk of the Courts: Marc J. Santos:;/
    and William Flynn III, dba Assistant
    District Attorney.              November 22nd, 2004 A.D.

DIRECT RESPONSE TO:
    Steven Gomes Lobo, sui juris
    [c/o Reg.# 23638-038]
    [F.C.I. FAIRTON, P.O. BOX 420]
    Fairton, New Jersey Republic, u.s.A.    FREEDOM OF INFORMATION ACT REQUEST
    Non-Domestic     [08320:T.D.C.]    CASE/ACCOUNT Dkt. No.:BRCR 1995-36666

Dear Disclosure Officer:

    1.) This is a Request under the Freedom of Information Act, 5 USC 552, or
        regulations thereunder. This is my firm oath that I, Steven Gomes Lobo,
        sui juris will pay the required fee by Law for the following documents.

    2.) If some of this request is exempt from release, please furnish me with
        those portions reasonable segregable and the reason for other documents
        not to be furnished to me.

    3.) I am attesting under penalty of perjury that I am a category E requester.
        PLEASE EXPEDITE THIS REQUEST.

    4.) This request pertains to the years: 1995, 1999, 2000, 2003, & 2004

    5.) Please provide Me with the name and address of the Real Party of Interest
        in case/account Dkt. No.: BRCR 1995-36666.

    6.) Please provide Me with a statement of the Real Party's involvement in
        case/account Dkt. No.: BRCR 1995-36666.

    7.) Please provide Me with the IRS forms 1099 INT, and 1099 OID on case/account
        Dkt. No.: BRCR 1995-36666.

    8.) Please provide Me with ALL Bonds filed by the Real Party of interest for
        case/account Dkt. No.: BRCR 1995-36666.

    9.) Please provide Me with the Voucher of the Findings of Fact and Conclusion
        of Law in support of the "JUDGEMENT" on case/account Dkt. No.: BRCR 1995-36666.

    10.) Please provide Me with the Hon. Judge Murphy's oath of office.

    11.) Please provide Me with all documents maintained in th Courts System of Reco
        rds, includeing Accounting Books specific and not literal which pertains to
        this  case/account Dkt. No.: BRCR 1995-36666.

                       Respectfully,

                       _Steven Gomes Lobo_ Auth. Rep.
                       Steven Gomes Lobo, sui juris

## NOTICE OF DISHONOR
## FORMAL CERTIFICATE OF PROTEST AND NON-RESPONSE

State of  Massachusetts_____          )
                                         ) ss.:
County of  New Bedford_____           )
                                         )        Invoice No.: 70040750000177683986

     Be it known, that I,_____ a duly empowered
Notary Public, in and for the State of Massachusetts_____, at the
request of  Steven Gomes Lobo_____, through his Attorney-In-Fact,
being  30  · ___ days past the date of signature on the Registered/Certified
Mail Return Receipt Card, I have not received a Notice of Acceptance or
notice of dishonor from  Judge Murphy/or William Flynn , relating to the
instruments ( 7___ pages), mailed Registered/Certified on  16___ day
of ___June_____, 2004 A.D.

     I hereby do publicly and solemnly protest the Instruments as against
all parties whom it may concern, for exchange, and all costs, damages and
Interests already incurred, or hereafter incurred, by reason of Dishonor
of the acceptance thereof.

     I hereby certify that on this day, I placed this Formal Certificate
of Protest and Affidavit of Non-Response, in the United States Mail
Registered/Certified mail, Return Receipt Requested, RESTRICTED DELIVERY,
pre-paid and addressed to:  Clerk of Court, Bristol County Superior Court,
445 County Street, New Bedford, MA 02740_____.

     I have hereto set my hand and affixed my seal of office, this 3ʳᵈ
day of _December_, 2004 A.D.

_____
NOTARY PUBLIC in and for the State
of _Massachusetts_, residing at
_Boston_, _MA_.

My Commission Expires:___12-16-2005___.


**EXHIBIT-N**                     [Seal]               [Stamp]

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _John Perry_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Clerk of Court
Hon. Judge Murphy, or Current,
Bristol Superior Court
445 County Street
New Bedford, MA 02740

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 0750 0001 7767 2447

PS Form 3811, February 2004   non- Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage)

For delivery information visit our website at www...

Lobo #23638-038   B/L

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees

Sent To
Clerk of Court
Street, Apt. No.;
or PO Box No.   Bristol Sup. Court 4..
City, State, ZIP+4   New Bedford, MA 027..

PS Form 3800, June 2002   See R...

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Finance Department
Bristol County Superior Court
445 County Street
New Bedford, MA 02740

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 0750 0001 7767 8685

PS Form 3811, August 2001   Non- Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage)

For delivery information visit our website at www...

Lobo #23638-038   L/B/L

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Sent To
Finance Dept., Bristol Co..
Street, Apt. No.;
or PO Box No.   445 County St.
City, State, ZIP+4   New Bedford, MA 0274...

PS Form 3800, June 2002   See R...

## Receipt 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Michelle Potter_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
_1/13/04_

D. Is delivery address different from item 1?   ☒ Yes
If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

Clerk of Courts
Bristol County Superior Court
445 County Street
New Bedford, MA 02740

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 0750 0001 7768 2583

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage)

For delivery information visit our website at www.us...

Steven Gomes Lobo, Reg. #23638...   B/L

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees   $

Sent To
Clerk of Courts
Street, Apt. No.;
or PO Box No.   445 County St.
City, State, ZIP+4   New Bedford, Ma 02740

PS Form 3800, June 2002   See Revers...

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Marc J. Santos
Clerk of Court
Commonwealth of Mass.
County of Bristol
The Superior Court, P.O. Box 547
Taunton, Massachusetts
02780-3244

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *M. Andrade*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
ANDRADE    7/2/04

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7004 0750 0001 7767 9118

Form 3811, February 2004    Non-Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage ...)*

For delivery information visit our website at www.u...

STEVEN LOBO 23638

| Postage | $ |
|---|---|
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Marc J. Santos
Street, Apt. No.; or PO Box No.  Bristol Co. Sup. Court
City, State, ZIP+4  Taunton, MA 02780

PS Form 3800, June 2002    See Reve...

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

Marcel W. Gautreau
Clerk Magistrate
Commonwealth of Massachusetts
County of Bristol Superior
Court,
445 County Street
New Bedford, MA 02740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *G. White*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
G-WHITE

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7004 0750 0001 7768 0237

Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage ...)*

For delivery information visit our website at www.u...

LOBO #23638-038 A B/L

| Postage | $ |
|---|---|
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To  Marcel W. Gautreau, Clerk
Street, Apt. No.; or PO Box No.  Bristol Co. Sup. Court
City, State, ZIP+4  New Bedford, MA 02740.

PS Form 3800, June 2002    See Reve...

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:

William J. Flynn III
Bristol County District Attorney's
Office
888 Purchase Street
New Bedford, MA 02740

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Linda Mitchell*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
10/12/04

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Article Number (Transfer from service label)
7004 0750 0001 7767 2430

Form 3811, August 2001    Non-Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage ...)*

For delivery information visit our website at www.u...

Lobo #23638-038 A B/L

| Postage | |
|---|---|
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | |

Sent To  William J. Flynn III
Street, Apt. No.; or PO Box No.  Bristol Co., Dist. Att...
City, State, ZIP+4  New Bedford, MA 02740

PS Form 3800, June 2002    See Reve...

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
10/14/03

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Bristol County Superior Court
445 County Street
New Bedford, MA 02740

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7000 1530 0004 1981 4931

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage...)

STEVEN LOBO #23638-038

Postage
Certified
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees    $

Sent To  Britol County Superior Cou
Street, Apt. No.; or PO Box No.  445 County Street
City, State, ZIP+4  New Bedford, MA 02740

PS Form 3800, May 2000    See Reverse

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
1/6/04

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Marc J. Santos
Clerk of Court
Bristol County Courthouse
Superior Court
445 County Street
New Bedford, MA 02740

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7000 0520 0024 2133 8890

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage...)

Steven Lobo #23638-038

Postage  $
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Recipient's Name (Please Print Clearly) (To be completed
BRISTOL COUNTY SUPERIOR
Street, Apt. No.; or PO Box No.  445 County St.
City, State, ZIP+4  New Bedford, MA 027-

PS Form 3800, February 2000    See Reverse

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Marcel W. Gautreau
Clerk magistrate
Bristol County Superior Court
445 County Street
New Bedford, MA 02740

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7004 0750 0001 7767 7664

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage...)

For delivery information visit our website at www.us...

LOBO #23638-038

Postage
Certified Fee
Return Receipt Fee
(Endorsement Required)
Restricted Delivery Fee
(Endorsement Required)
Total Postage & Fees  $

Sent To  Marcel W. Gutreau Clerk/Ma
Street, Apt. No.
or PO Box No.  445 County St., Bristo
City, State, ZIP+4  New Bedford, MA 02740

PS Form 3800, June 2002    See Reverse

**SENDER:** *COMPLETE THIS SECTION*

COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by ( Printed Name ) C. Date of Delivery

1. Article Addressed to:

Marc J. Santos
Clerk of Court
Bristol County Superior Court
445 County Street
New Bedford, MA 02740

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7000 0520 0024 2133 0955

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

| Postage | $ | |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

7004 0750 0001 7768 3986

Sent To  Clerk of Court
Street, Apt. No.; or PO Box No. Bristol Co., 445 Co. St.
City, State, ZIP+4 New Bedford, MA 02740

PS Form 3800, June 2002    See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X Michelle Potter ☐ Agent ☐ Addressee

B. Received by ( Printed Name ) C. Date of Del

1. Article Addressed to:

Clerk of Court
Bristol County Superior
Courthouse,
445 County street
New Bedford, MA 02740

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)    7004 0750 0001 7768 3986

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-