```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

STEVEN GOMES LOBO,              )
          Movant,               )
                                )
     v.                         )  Civil Action No. 05-10281-NG
                                )
JUDGE MURPHY, ET AL.            )
          Defendants.           )
```

<u>ORDER OF DISMISSAL</u>

In accordance with this Court's Memorandum and Order dated February 17, 2005, it is ORDERED that the within action be and it is hereby dismissed without prejudice.

                                  WILLIAM RUANE
                                  ACTING CLERK OF COURT

Date: 2/18/05                    By  S/ Barbara Morse
                                  Deputy Clerk